| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, David R. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Southern District of Texas | 3. Date of Report<br><br>5/15/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>515 Rusk Avenue, Room 4505<br>Houston, Texas 77002 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Board Member | University of Houston Law Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas Bankruptcy Section | 3/12/2015-3/20/2015 | Bali, Indonesia | Non-FJC educational seminar | Airfare, meals and lodging |
| 2. | Liskow & Lewis | 4/9/2015-4/11/2015 | New Orleans, LA | Non-FJC educational seminar | Airfare, meals and lodging |
| 3. | National Association of Consumer Bankruptcy Attorneys | 4/23/2015-4/24/2015 | Chicago, IL | Non-FJC educational seminar | Airfare, meals, lodging |
| 4. | State Bar of Texas | 5/27/2015-5/29/2015 | Cedar Creek, Texas | Non-FJC educational seminar | Meals, lodging, mileage |
| 5. | University of Texas School of Law | 7/23/2015-7/24/2015 | Galveston, Texas | Non-FJC educational seminar | lodging and mileage |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David R. | 5/15/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | State Bar of Texas | 8/2/2015-8/3/2015 | San Antonio, Texas | Non-FJC educational seminar | Airfare, meals, lodging |
| 7. | State Bar of Texas | 9/10/2015-9/11/2015 | Austin, Texas | Non-FJC educational seminar | Airfare, meals, lodging |
| 8. | Louisiana State University | 11/4/2015-11/6/2015 | Baton Rouge, LA | Non-FJC educational seminar | Airfare, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David R. | 5/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BOA Bank Accounts | A | Interest | O | T | | | | | |
| 2. ING Bank Account n/k/a Capital One 360 | B | Interest | N | T | | | | | |
| 3. ING Cap. Allocation Mutual Fund n/k/a VOYA Cap. Allocation Fund | A | Int./Div. | J | T | | | | | |
| 4. Compass Bank Accounts | A | Interest | | | Closed | 09/02/15 | M | | |
| 5. Am/Ex Bank Account | A | Interest | M | T | | | | | |
| 6. AEP common (IRA) | A | Dividend | J | T | | | | | |
| 7. Chevron common (IRA) | A | Dividend | K | T | | | | | |
| 8. Conoco Phillips/Phillips 66 common (IRA) | B | Dividend | L | T | | | | | |
| 9. Exxon common (IRA) | A | Dividend | K | T | | | | | |
| 10. Fedex common (IRA) | A | Dividend | K | T | | | | | |
| 11. Royal Dutch common (IRA) | B | Dividend | K | T | | | | | |
| 12. American Balance Fund (IRA) | D | Int./Div. | M | T | Buy (add'l) | 03/16/15 | J | | |
| 13. | | | | | Buy (add'l) | 06/18/15 | J | | |
| 14. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 15. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 16. Capital World Growth & Income Fund (IRA) | C | Int./Div. | L | T | Buy (add'l) | 03/16/15 | J | | |
| 17. | | | | | Buy (add'l) | 06/18/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David R. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 19. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 20. JP Morgan Chase Lkd to Dollar (IRA) | D | Interest | M | T | | | | | |
| 21. Fundamental Investors Fund (IRA) | D | Int./Div. | M | T | Buy (add'l) | 03/16/15 | J | | |
| 22. | | | | | Buy (add'l) | 06/18/15 | J | | |
| 23. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 24. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 25. Income Fund of America (IRA) | D | Int./Div. | M | T | Buy (add'l) | 03/16/15 | J | | |
| 26. | | | | | Buy (add'l) | 06/18/15 | J | | |
| 27. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 28. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 29. Templeton Dragon Fund (IRA) | B | Int./Div. | J | T | | | | | |
| 30. Washington Mutual Fund (IRA) | D | Int./Div. | M | T | Buy (add'l) | 03/23/15 | J | | |
| 31. | | | | | Buy (add'l) | 06/22/15 | J | | |
| 32. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 33. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 34. Allstate Corp. Dep. Shares (IRA) | D | Int./Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David R. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Colony Tex Dec. Corp Tax Increment Contract (IRA) | C | Int./Div. | L | T | | | | | |
| 36. GMS Money Market | A | Int./Div. | L | T | | | | | |
| 37. Texas Muncipal Bonds | G | Interest | P2 | T | Sold (part) | 07/10/15 | L | A | |
| 38. | | | | | Redeemed (part) | 02/19/15 | K | A | |
| 39. | | | | | Redeemed (part) | 10/15/15 | L | A | |
| 40. | | | | | Sold (part) | 02/02/15 | K | B | |
| 41. | | | | | Redeemed (part) | 02/19/15 | L | A | |
| 42. | | | | | Redeemed (part) | 10/15/15 | L | A | |
| 43. | | | | | Sold (part) | 02/16/15 | K | B | |
| 44. | | | | | Redeemed (part) | 02/19/15 | L | A | |
| 45. | | | | | Redeemed (part) | 01/14/15 | K | A | |
| 46. | | | | | Sold (part) | 01/12/15 | L | B | |
| 47. | | | | | Redeemed (part) | 01/15/15 | K | A | |
| 48. | | | | | Redeemed (part) | 09/01/15 | L | A | |
| 49. | | | | | Redeemed (part) | 09/01/15 | K | A | |
| 50. | | | | | Redeemed (part) | 09/01/15 | K | A | |
| 51. | | | | | Sold (part) | 12/14/15 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David R. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 06/12/15 | L | B | |
| 53. | | | | | Redeemed (part) | 03/02/15 | J | A | |
| 54. | | | | | Redeemed (part) | 04/01/15 | L | A | |
| 55. | | | | | Redeemed (part) | 09/01/15 | K | A | |
| 56. | | | | | Redeemed (part) | 09/01/15 | K | A | |
| 57. | | | | | Sold (part) | 01/23/15 | K | B | |
| 58. | | | | | Sold (part) | 06/19/15 | L | B | |
| 59. | | | | | Sold (part) | 07/01/15 | L | B | |
| 60. | | | | | Sold (part) | 10/13/15 | L | A | |
| 61. | | | | | Sold (part) | 09/23/15 | L | B | |
| 62. | | | | | Sold (part) | 12/18/15 | M | C | |
| 63. | | | | | Redeemed (part) | 04/08/15 | K | A | |
| 64. | | | | | Sold (part) | 06/19/15 | L | A | |
| 65. | | | | | Redeemed (part) | 09/01/15 | K | A | |
| 66. | | | | | Buy (add'l) | 09/24/15 | L | | |
| 67. | | | | | Buy (add'l) | 02/18/15 | L | | |
| 68. | | | | | Buy (add'l) | 03/17/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David R. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/09/15 | K | | |
| 70. | | | | | Buy (add'l) | 10/30/15 | K | | |
| 71. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 72. | | | | | Buy (add'l) | 06/12/15 | L | | |
| 73. | | | | | Buy (add'l) | 07/30/15 | L | | |
| 74. | | | | | Buy (add'l) | 07/30/15 | K | | |
| 75. | | | | | Buy (add'l) | 01/01/15 | L | | |
| 76. | | | | | Buy (add'l) | 01/22/15 | M | | |
| 77. | | | | | Buy (add'l) | 07/30/15 | L | | |
| 78. | | | | | Buy (add'l) | 07/28/15 | L | | |
| 79. | | | | | Buy (add'l) | 01/13/15 | K | | |
| 80. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 81. | | | | | Buy (add'l) | 12/14/15 | L | | |
| 82. | | | | | Buy (add'l) | 08/07/15 | L | | |
| 83. | | | | | Buy (add'l) | 09/21/15 | L | | |
| 84. | | | | | Buy (add'l) | 02/25/15 | M | | |
| 85. Colorado Municipal Bonds | D | Interest | N | T | Buy (add'l) | 06/19/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David R. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/14/15 | K | | |
| 87. | | | | | Buy (add'l) | 07/15/15 | L | | |
| 88. | | | | | Redeemed (part) | 12/01/15 | J | | |
| 89. Conocophillips,com | A | Dividend | J | T | Buy | 01/05/15 | K | | |
| 90. P&G common | B | Dividend | K | T | | | | | |
| 91. Washington Mutual Fund | B | Int./Div. | K | T | Buy (add'l) | 03/23/15 | J | | |
| 92. | | | | | Buy (add'l) | 06/22/15 | J | | |
| 93. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 94. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 95. Am Ex Annuity | D | Interest | M | T | | | | | |
| 96. Fundamental Investors Fund (SIRA) | B | Int./Div. | K | T | Buy (add'l) | 12/23/15 | J | | |
| 97. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 98. | | | | | Buy (add'l) | 06/18/15 | J | | |
| 99. | | | | | Buy (add'l) | 03/15/15 | J | | |
| 100. AMCAP FUND Class A | E | Distribution | M | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)            U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David R. | 5/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David R. | 5/15/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David R. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544